IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-00183-03-CR-W-FJG |
| Maurice S. Sayles, | ) |
| Defendant. | ) |

## O R D E R

Pending before the Court is the issue of defendant's competency. On December 19, 2005, Magistrate Judge John T. Maughmer held a hearing regarding defendant's competency at which time the parties stipulated to a report prepared by the forensic staff of the Federal Medical Center in Forth Worth, Texas and signed by Robert Johnson, Ph.D., Daniel Kim, Ph.D. and Lisa Bellah, Ph.D, That report concludes that defendant is presently competent to stand trial.

Magistrate Judge Maughmer issued a report and recommendation (Doc. #201), filed December 20, 2005, finding that defendant is competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense. No objections to Magistrate Judge Maughmer's report and recommendation were filed.

The Court, after independent review of the record and applicable law, finds that defendant is competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense.

IT IS SO ORDERED.

/s/Fernando J. Gaitan, Jr.
United States District Judge

Dated: _January 13, 2006_
Kansas City, Missouri